EXHIBIT NO. D1 evid.
CAUSE NO. 3:21CR50-DPJ-LGI
WITNESS _____
CLERK: SHONE POWELL

AUG 17 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

BLAKE'S SEAFOOD

• SHRIMP • SAUSAGE • CORN & POTA

DEFENDANT'S EXHIBIT
D1

BLAKE'S SEAFOOD

CRAWFISH * SHRIMP * SAUSAGE * CORN & POTA[TOES]



















